# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                              Case No.   3:22-CR-45-03

**JOYCE DEBORAH LYNN SAULSBERY**

        **Defendant.**

## ORDER

On or about May 10, 2023, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss the Count 3 of the Indictment as to Defendant Joyce Deborah Lynn Saulsbery.  Defendant Saulsbery has been confirmed to be now deceased.  The Court hereby **GRANTS** this motion and dismisses the Count 3 of the Indictment as to Joyce Deborah Lynn Saulsbery.  Clerk of Courts is instructed to terminate this case matter as to this Defendant only.

                                                                     *s/Thomas M. Rose*

                                                                     THOMAS M. ROSE JUDGE
                                                                     UNITED STATES DISTRICT COURT